UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HERBERT A. CHIEF RICE, Jr., <br><br> Petitioner, <br><br> v. <br><br> STEPHEN D. SINCLAIR, <br><br> Respondent. | NO. 2:13-CV-3063-TOR <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Joint Motion to Dismiss Without Prejudice (ECF No. 35). The parties have stipulated that Petitioner Herbert Rice's petition should be dismissed without prejudice. The parties explain that the Washington Legislature has established a "new procedure for re-sentencing prisoners serving life without parole sentences for an offense committed while under the age of 18" and that Petitioner is being resentenced pursuant to this avenue for relief. ECF No. 35 at 2.

The matter was submitted to the Honorable Magistrate Judge John T. Rodgers, who issued a Report and Recommendation (ECF No. 36) on July 10, 2019.  Honorable Judge Rodgers recommended granting the Parties Motion to Dismiss (ECF No. 35) and gave the parties fourteen days to submit any objections. ECF No. 36 at 2.  No objection has been filed by either party.

For the reasons stated in the Report and Recommendation, the Court **adopts** the Report and Recommendation (ECF No. 36) and **grants** the Parties' Stipulated Motion to Dismiss (ECF No. 35).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties' Stipulated Motion to Dismiss (ECF No. 35) is **GRANTED**.  Herbert Rice's Petition is **DISMISSED WITHOUT PREJUDICE** and without an award of costs or attorney's fees to either party.

The District Court Executive is hereby directed to enter this Order, enter judgment, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 25, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE ~ 2