# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| HERBERT A. CHIEF RICE, Jr., <br> *Plaintiff* <br> v. <br><br> STEPHEN D. SINCLAIR, <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 2:13-CV-3063-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Herbert Rice's Petition is DISMISSED WITHOUT PREJUDICE and without an award of costs or attorney's fees to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a Stipulated Motion to Dismiss  ECF No. 35.

Date: July 25, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen